# Third District Court of Appeal

## State of Florida

Opinion filed April 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2262
Lower Tribunal No. 11-37956
_____

**Sheila Nieburg Edelstein,**
Appellant,

vs.

**Eric W. Sulzberger, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

The Mineo Salcedo Law Firm, and Peter Mineo, Jr. (Davie); Moore Rabinowitz Law, and Adam G. Rabinowitz (Plantation), for appellant.

Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet LLP, and Kenneth R. Drake and Brandt Roen, for appellee Eric W. Sulzberger.

Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  <u>See</u> § 733.103(2), Fla. Stat. (2024) ("In any collateral action or proceeding relating to devised property, the probate of a will in Florida shall be conclusive of its due execution; that it was executed by a competent testator, free of fraud, duress, mistake, and undue influence; and that the will was unrevoked on the testator's death.").